NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1031

MICHAEL MARRIN and ETCH-IT, INC.,

Plaintiffs-Appellees,

v.

JEFFREY GRIFFIN and CLAUDIA GRIFFIN,

Defendants-Appellants.

---

JEFFREY GRIFFIN and CLAUDIA GRIFFIN,

Plaintiffs-Appellants,

v.

HEIDI MARRIN, MICHAEL MARRIN,
and ETCH-IT, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Central District of California in case nos. 07-CV-00239 and 07-CV-02100, Judge George H. Wu.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Heidi Marrin, Michael Marrin, and Etch-It, Inc. move for a 30-day extension of time, until April 12, 2009, to file a brief. Heidi Marrin et al. state that the appellants oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

APR 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Geoffrey A. Baker, Esq.
Robert D. Fish, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK

2009-1031                                    2